CHARLES J. DeHART III
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

March 9, 2011

Clerk, U.S. Bankruptcy Court

RE: James D. & Wanita J. Askey
    Bankruptcy Case No.  1-07-03024
    Unclaimed Funds For: Chase Bank
                     PO Box 100018
                     Kennesaw GA 30156-9104

Dear Clerk:

Enclosed herewith please find check No. 1011659 for $614.59 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                        Very truly yours,

                                        /s/ Carol A. Kreider

                                        Carol A. Kreider
                                        Funds Manager

FILED WILKES-BARRE PA 2011 MAR 10 PM 12:39 CLERK U.S. BANKRUPTCY COURT